# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| PLAINTIFF, | |
| v. | CIVIL ACTION NO.: 17-2562 (RC) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | |
| DEFENDANT. | |

## MOTION FOR EXTENSION OF TIME TO RESPOND, AND MEMORANDUM IN SUPPORT THEREOF

Defendant U.S. Environmental Protection Agency ("EPA" or "Defendant"), by and through undersigned counsel, respectfully requests an extension of time of approximately one month, up to and including February 9, 2018, to respond to the Complaint filed by Plaintiff Center for Biological Diversity ("Plaintiff"). In support of this motion, Defendant states the following:

**BACKGROUND**

1. Plaintiff's Complaint alleges that the EPA failed "to provide records regarding EPA Administrator Scott Pruitt's 'Directive Promoting Transparency and Public Participation in Consent Decrees and Settlement Agreements' … in violation of the Freedom of Information Act, 5 U.S.C. § 552, *as amended* ("FOIA" or "Act"), or alternatively, the Administrative Procedure Act, 5 U.S.C. §§ 701-06 ("APA")." *See* Compl. ¶ 1.

2. EPA's response to the Complaint is due on January 8, 2018.

**BASIS FOR EXTENSION REQUEST AND OTHER REQUIRED INFORMATION**

3. This case was transferred to undersigned counsel, Assistant U.S. Attorney April Denise Seabrook, less than one week prior to the due date of Defendant's responsive pleading. As a result, counsel needs additional time to (i) obtain and evaluate information and documents

related to the administrative history and agency actions related to the FOIA request at issue; and (ii) confer with the agency's counsel to determine how this matter might best be resolved.

4. Pursuant to LCvR 7(m), the parties have conferred, and Plaintiff does <u>not</u> oppose granting the relief requested in this motion.

5. This is Defendant's first request for an extension of this deadline.

6. Granting Defendant's motion will not affect any other deadlines in this action nor will it cause prejudice to Plaintiff.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this *Motion for Extension Of Time to Respond*. A proposed Order consistent with this request is attached herewith.

Dated: January 8, 2018              Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January, 2018, the foregoing **Motion for Extension of Time to Respond** has been served on Plaintiff's counsel via the Court's ECF system.

/s/ *April Denise Seabrook*
APRIL DENISE SEABROOK
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-2525
Fax: (202) 252-2599
Email: April.Seabrook@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Center for Biological Diversity,<br><br>  Plaintiff,<br>v.<br><br>U.S. Environmental Protection Agency,<br><br>  Defendant. | Civil Action No.: 17-2562 (RC) |

## ORDER

Upon consideration of the Defendant's *Motion for Extension of Time to Respond*, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**.

**FURTHER ORDERED** that the time for Defendant to respond to Plaintiff's Complaint is hereby extended up to and including **February 9, 2018**.

It is **SO ORDERED** this _____ day of _____, 2018.

Rudolph Contreras
United States District Court Judge