UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant. | Civil Action No. 17-2562 (RC) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's Minute Order dated October 29, 2018, the Center for Biological Diversity ("Center") and the U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, report to the Court as follows:

1. As explained in the October 29, 2018 Joint Status Report, the Parties are continuing to move towards settlement and are optimistic that a successful resolution can be reached. The only issues left to be decided in this case are whether Plaintiff is entitled to attorneys' fees and, if so, the amount.

2. The Parties need additional time to work out details of the settlement. To that end, EPA will provide a response to Plaintiff's proposed settlement offer during the week of December 10, 2018.

3. To allow time for the Parties to confer, the Parties request that they be given to February 8, 2019, to file a further status report in this case.

4. Nothing in this Joint Status Report shall be construed as an admission or stipulation by Plaintiff that any action(s) by EPA described herein constitutes full compliance with FOIA by EPA.

5. Similarly, nothing in this Joint Status Report shall be construed as an admission or stipulation by Defendant that Plaintiff is entitled to attorney's fees, costs, or other monetary

recovery nor should any statement contained in this Joint Status Report be construed as a waiver of any defenses or arguments that Defendant could assert in this litigation with respect to any action(s) it performed in connection with or related to this case, the subject FOIA request, or any other relevant issues.

WHEREFORE, based on the foregoing facts, the Parties respectfully request that the Court set the next deadline in this matter to be the filing of the parties' Joint Status Report, which shall be due on February 8, 2019.

Dated: December 6, 2018                                          Respectfully submitted,

/s/ *Jennifer L. Loda*                                                   JESSIE K. LIU, D.C. Bar No. 472845
Jennifer L. Loda                                                         United States Attorney for the District of Columbia
CA Bar No. 284889*
Center for Biological Diversity                                          DANIEL F. VANHORN, D.C. Bar No. 924092
1212 Broadway, Suite 800                                                 Chief, Civil Division
Oakland, CA 94612-1810
Tel: (510) 844-7136                                                       /s/ *April Denise Seabrook*
jloda@biologicaldiversity.org                                            APRIL DENISE SEABROOK
                                                                         D.C. Bar No. 993730
Margaret E. Townsend                                                     Assistant United States Attorney
DC Bar No. OR0008                                                        555 Fourth Street N.W.
Center for Biological Diversity                                          Washington, D.C. 20530
P.O. Box 11374                                                           Tel: 202-252-2525
Portland, OR 97211-0374                                                  April.Seabrook@usdoj.gov
Tel: (971) 717-6409
mtownsend@biologicaldiversity.org                                        *Counsel for Defendant*

*Admitted pro hac vice

*Counsel for Plaintiff*