# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 17-cv-2562 (RC) |

## MOTION FOR STAY OF ALL PROCEEDINGS
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of all proceedings in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at

that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Counsel for plaintiff take no position respecting this stay.

6. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

January 3, 2019                                Respectfully submitted,

                                                       JESSIE K. LIU, D.C. Bar # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


*/s/ Doris Coles-Huff*
Johnny H. Walker, III, D.C. Bar No. 991325
Doris Coles-Huff, D.C. Bar No. 461437
Assistant United States Attorneys
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2575 / Fax: (202) 252-2599
Email: johnny.walker@usdoj.gov;
       doris.coles@usdoj.gov
Counsel for Defendant