UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

  v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

        Defendant.

Civil Action No. 17-2562 (RC)

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's Minute Order dated February 1, 2019, the Center for Biological Diversity ("Center") and the U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, report to the Court as follows:

1. As explained in the February 1, 2019 Joint Status Report, the Parties are continuing to move towards settlement and are optimistic that a successful resolution can be reached. The only issues left to be decided in this case are whether Plaintiff is entitled to attorneys' fees and, if so, the amount.

2. EPA responded to Plaintiff's proposed settlement offer on December 12, 2018 and Plaintiff responded with a revised proposed settlement offer on January 28, 2019.

3. EPA plans to respond to Plaintiff's revised proposed settlement offer by March 15, 2019.

4. The Parties need additional time to work out details of the settlement. To allow time for the Parties to confer, the Parties request that they be given to April 5, 2019, to file a further status report in this case.

5. Nothing in this Joint Status Report shall be construed as an admission or stipulation by Plaintiff that any action(s) by EPA described herein constitutes full compliance with FOIA by EPA.

6. Similarly, nothing in this Joint Status Report shall be construed as an admission or stipulation by Defendant that Plaintiff is entitled to attorney's fees, costs, or other monetary recovery nor should any statement contained in this Joint Status Report be construed as a waiver of any defenses or arguments that Defendant could assert in this litigation with respect to any action(s) it performed in connection with or related to this case, the subject FOIA request, or any other relevant issues.

WHEREFORE, based on the foregoing facts, the Parties respectfully request that the Court set the next deadline in this matter to be the filing of the Parties' Joint Status Report, which shall be due on April 5, 2019.

Dated: March 6, 2019                    Respectfully submitted,

/s/ *Jennifer L. Loda*                  JESSIE K. LIU, D.C. Bar No. 472845
Jennifer L. Loda                         United States Attorney for the District of Columbia
CA Bar No. 284889*
Center for Biological Diversity          DANIEL F. VANHORN, D.C. Bar No. 924092
1212 Broadway, Suite 800                 Chief, Civil Division
Oakland, CA 94612-1810
Tel: (510) 844-7136                      /s/ *Johnny Walker*
jloda@biologicaldiversity.org            JOHNNY H. WALKER
                                         D.C. Bar No. 991325
Margaret E. Townsend                     Assistant United States Attorney
DC Bar No. OR0008                        555 Fourth Street N.W.
Center for Biological Diversity          Washington, D.C. 20530
P.O. Box 11374                           Tel: 202-252-2575
Portland, OR 97211-0374                  johnny.walker@usdoj.gov
Tel: (971) 717-6409
mtownsend@biologicaldiversity.org        *Counsel for Defendant*

*Admitted pro hac vice

*Counsel for Plaintiff*