UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>           Plaintiff,<br><br>      v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>           Defendant. | Civil Action No. 17-2562 (RC) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's Minute Order dated March 6, 2019, the Center for Biological Diversity ("Center") and the U.S. Environmental Protection Agency ("EPA"), by and through the undersigned counsel, report to the Court as follows:

1.     The Parties have essentially reached agreement on the terms of a settlement agreement and EPA provided the Center with a draft Stipulation of Settlement and Dismissal on April 5, 2019.

2.     The Center needs additional time to obtain final approval of the Stipulation. To allow time to obtain final approvals, the Parties request that they be given to April 19, 2019, to file a further status report in this case. The Parties are optimistic that they will be able to finalize the agreement and file the Stipulation of Settlement and Dismissal prior to this date.

3.     Nothing in this Joint Status Report shall be construed as an admission or stipulation by Plaintiff that any action(s) by EPA described herein constitutes full compliance with FOIA by EPA.

4.     Similarly, nothing in this Joint Status Report shall be construed as an admission or stipulation by Defendant that Plaintiff is entitled to attorney's fees, costs, or other monetary recovery nor should any statement contained in this Joint Status Report be construed as a waiver of any defenses or arguments that Defendant could assert in this litigation with respect to any

action(s) it performed in connection with or related to this case, the subject FOIA request, or any other relevant issues.

WHEREFORE, based on the foregoing facts, the Parties respectfully request that the Court set the next deadline in this matter to be the filing of the Parties' Joint Status Report, which shall be due on April 19, 2019.

Dated: April 5, 2019               Respectfully submitted,

/s/ *Jennifer L. Loda*             JESSIE K. LIU, D.C. Bar No. 472845
Jennifer L. Loda                   United States Attorney for the District of Columbia
CA Bar No. 284889*
Center for Biological Diversity    DANIEL F. VANHORN, D.C. Bar No. 924092
1212 Broadway, Suite 800           Chief, Civil Division
Oakland, CA 94612-1810
Tel: (510) 844-7136                 /s/ *Johnny Walker*
jloda@biologicaldiversity.org      JOHNNY H. WALKER
                                   D.C. Bar No. 991325
Margaret E. Townsend               Assistant United States Attorney
DC Bar No. OR0008                  555 Fourth Street N.W.
Center for Biological Diversity    Washington, D.C. 20530
P.O. Box 11374                     Tel: 202-252-2575
Portland, OR 97211-0374            johnny.walker@usdoj.gov
Tel: (971) 717-6409
mtownsend@biologicaldiversity.org  *Counsel for Defendant*

*Admitted pro hac vice

*Counsel for Plaintiff*

2