UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, <br><br> *Defendant*. | Civil Action No. 17-2562-RC |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Defendant the Department of State ("Defendant") and Plaintiff the Center for Biological Diversity ("Plaintiff") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this action under the Freedom of Information Act ("FOIA") shall be, and is hereby, dismissed with prejudice.

2. Defendant shall pay Plaintiff a lump sum in the amount of four thousand four hundred dollars ($4,400.00) in attorneys' fees and costs in this matter.

3. Payment of such amount will be made by an electronic transfer of funds to a bank account specified by counsel for Plaintiff. Upon filing this stipulation of settlement and dismissal, the Parties will promptly cause the information and documentation necessary to effectuate this payment to be completed and transmitted.

4. This stipulation of settlement and dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the pleadings filed by Plaintiff against Defendant in this action. In particular, this joint stipulation of settlement and dismissal shall resolve all claims for attorneys' fees and costs, as well as search, review and processing fees

incurred by both Plaintiff and Defendant in connection with the administrative FOIA process, the district court litigation process, and any other proceedings involving the claims raised or that could have been raised in this action.

5. This stipulation of settlement and dismissal shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents or employees and is entered into by the Parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. This stipulation of settlement and dismissal shall not constitute an admission or stipulation by Plaintiff that any action(s) by EPA described herein constitutes full compliance with FOIA, and is entered into by the Parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. This stipulation of settlement and dismissal shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

7. The Parties agree that this stipulation of settlement and dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action against either of the Parties or the United States, or any agency or instrumentality of the United States, other than any action to enforce the terms of this agreement.

8. Execution of this stipulation of settlement and dismissal by counsel for Plaintiff and by counsel for Defendant and filing on the Court's ECF docket shall constitute a dismissal of this action with prejudice, effective upon filing, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), except that the Parties request that the Court enter this stipulation as an order so as to retain jurisdiction for the sole purpose of enforcing this stipulation.

Counsel for Defendant is authorized to file this stipulation on behalf of both parties.

Respectfully submitted this 5th day of April 2019,

 /s/ Jennifer L. Loda
Jennifer L. Loda, CA Bar #284889[*]
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, California 94612
Telephone: (510) 844-7136
jloda@biologicaldiversity.org

Margaret E. Townsend, D.C. Bar #OR0008
Center for Biological Diversity
P.O. Box 11374
Portland, Oregon 97211
Telephone: (971) 717-6409
mtownsend@biologicaldiversity.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*

SO ORDERED on this _____ day of April, 2019.

_____
The Honorable Rudolph Contreras
UNITED STATES DISTRICT JUDGE

---

[*] Admitted *pro hac vice*

3